#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DJRJ, LLC; DJRJ CORPORATE, LLC; and DJRJ ENTERPRISES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 16-CV-21-GKF-FHM |
| U-SWIRL, INC.; and ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., | ) ) ) ) |
| Defendants; | ) ) |
| U-SWIRL, INC., | ) ) |
| Counterclaimant and Third Party Plaintiff, | ) ) ) ) |
| v. | ) ) |
| DJRJ, LLC; DJRJ CORPORATE, LLC; DJRJ ENTERPRISES, LLC; DALLAS JONES; and ROBYN JONES, | ) ) ) ) |
| Third Party Defendants. | ) |

## **JUDGMENT**

On July 11, 2017, the court granted defendants' motions for summary judgment on plaintiffs' claims against them. [Doc. No. 113]. On September 26, 2017, the court granted the unopposed motion to dismiss the counterclaims and third party claims of U-Swirl, Inc. with prejudice. Therefore, the court orders that plaintiffs recover nothing on their claims, that U-Swirl, Inc. recover nothing on its counterclaims and third party claims, and that this action is dismissed on the merits.

IT IS SO ORDERED this 26th day of September, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT